IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NIEVES,<br><br>    Plaintiff,<br><br>  v.<br><br>USA,<br><br>    Defendant. | No. C 09-02677 CRB<br><br>**ORDER** |

The Court is in receipt of several motions from Petitioner David Nieves relating to his claims under 28 U.S.C. § 2255. The Court hereby GRANTS Petitioner's Application to Proceed Without Prepayment of Fees and Affidavit. The Court DENIES without prejudice Petitioner's Motion for Appointment of Counsel. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986) (unless an evidentiary hearing is required, decision to appoint counsel is within discretion of the district court). The Court will appoint counsel if an evidentiary hearing is later required. See id. The Court also GRANTS Petitioner's Motion for Free Plea Proffer and Sentencing Transcripts. Petitioner may amend his Petition in light of the transcripts within forty-five (45) days of this Order.

**IT IS SO ORDERED.**

Dated: July 1, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2677\order re counsel-transcripts.wpd