1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DAVID NIEVES,                                   No. C 09-02677 CRB, CR 08-0587
12              Petitioner,
                                                     **ORDER AS TO WAIVER AND**
13   v.                                              **DISCOVERY**
14   UNITED STATES OF AMERICA,
15              Respondent.
                                                /
16

17        On December 13, 2010, in light of Petitioner's claims of ineffective assistance of

18   counsel, the government moved for an order finding a limited waiver of the attorney-client

19   privilege, permitting limited discovery, and staying the Court's October 20, 2010 Order to

20   Show Cause.  See dckt. no. 36.  The Court ordered Petitioner to respond.  See dckt. no. 37.

21   Petitioner timely responded, informing the Court that he "does not oppose the government's

22   motion."  See dckt. no. 39.  Accordingly, the Court ORDERS that (1) Petitioner has waived

23   the attorney-client privilege in limited part, specifically as to the areas raised in the Motion to

24   Vacate, Set Aside or Correct His Sentence, filed June 17, 2009; (2) the government is

25   entitled to inquire of Assistant Federal Public Defender Daniel Blank regarding any oral

26   communications with Petitioner and review any written communications with Petitioner

27   relating to the subject areas raised in Petitioner's claims; (3) the government is precluded

28   from using the privileged materials for any purpose other than litigating the Motion to

**United States District Court**
For the Northern District of California

1  Vacate, Set Aside or Correct His Sentence; and (4) the government may not disclose these

2  materials or their contents to any other persons, including law enforcement or prosecutorial

3  agencies, excluding other representatives of the United States Attorney's Office who are

4  assisting in responding to this motion.

5        The government shall respond to Petitioner's Motion to Vacate, Set Aside or Correct

6  His Sentence within forty-five (45) days of this Order.

7        **IT IS SO ORDERED.**

8

9  Dated: March 14, 2011           CHARLES  R. BREYER
                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*