**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.   CR 08-00587 CRB
                                                    CV 09-2677 CRB
12          Plaintiff-Respondent,
                                             **ORDER RE TELEPHONIC**
13      v.                                   **APPEARANCE OF DAVID NIEVES**
                                             **(#29149-037) ON THURSDAY, JUNE**
14   DAVID NIEVES,                           **16 AT 8:30 AM (PACIFIC)**

15          Defendant-Petitioner.
                                        /
16

17          David Nieves, inmate # 29149-037 at U.S.P. Coleman 1, is the Petitioner in the above-

18   referenced litigation.  Mr. Nieves is hereby ORDERED to appear by telephone for a hearing

19   on Thursday, June 16 at 8:30 AM (Pacific).  Mr. Nieves is to be available as of 8:30 AM

20   (Pacific) on the morning of June 16, 2011, until the conclusion of the hearing.  The Court

21   will initiate the telephone call.  Accordingly, an official from the prison is ORDERED to call

22   the Court in advance of the June 16, 2011 hearing, at 415-522-2062, and provide the Court

23   with the telephone number to call for the hearing.

24          **IT IS SO ORDERED.**

25

26

27   Dated: June 9, 2011                      _____
                                             CHARLES  R. BREYER
28                                           UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\587\order re telephonic app.wpd